United States District Court
Southern District of Texas
**ENTERED**
January 29, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MILLARD GREEN, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-332 |
| | § | |
| FRONTIER ACCESS, LLC; dba | § | |
| FRONTIER WASTE SOLUTIONS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been informed by e-mail that this lawsuit has been resolved in principle. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within sixty (60) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** sixty (60) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on January 29, 2021.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE